DAN M. LEE, Justice,
for the Court:
Dennis Eugene Jimmerson was convicted in the Circuit Court of Marion County of aggravated assault and sentenced to twelve years.
We find no merit to any of the errors assigned on appeal, and, thereby, affirm his sentence and conviction. See Hawkins v. State, 488 So.2d 800 (Miss.1986); Burkett v. State, 484 So.2d 1046 (Miss.1986); Smith v. State, 484 So.2d 364 (Miss.1986); *845 Dedeaux v. State, 480 So.2d 532 (Miss.1985); Tedford v. State, 480 So.2d 531 (Miss.1985); Gibson v. State, 475 So.2d 824 (Miss.1985); Parrott v. State, 475 So.2d 167 (Miss.1985); Willis v. State, 475 So.2d 163 (Miss.1985); Jordan v. State, 474 So.2d 622 (Miss.1985); Morea v. State, 329 So.2d 527 (Miss.1976).
AFFIRMED.
WALKER, C.J., ROY NOBLE LEE and HAWKINS, P.JJ., and PRATHER, ROBERTSON, SULLIVAN, ANDERSON and GRIFFIN, JJ., concur.